McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-MC-00155-KJM-CKD |
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN  AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| APPROXIMATELY $9,900.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and potential claimant Robert

Schwaner ("claimant"), by and through their respective counsel, as follows:

1.       On or about April 2, 2020, claimant filed a claim in the administrative forfeiture

proceeding with the U.S. Postal Inspection Service with respect to the Approximately $9,900.00 in U.S.

Currency (hereafter "defendant currency"), which was seized on January 27, 2020.

2.       The U.S. Postal Inspection Service has sent the written notice of intent to forfeit required

by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a

claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant

has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3.       Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

currency is subject to forfeiture within ninety days after a claim has been filed in the administrative

1

1    forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the

2    parties.  That deadline is July 1, 2020.

3          4.        As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to

4    August 31, 2020, the time in which the United States is required to file a civil complaint for forfeiture

5    against the defendant currency and/or to obtain an indictment alleging that the defendant currency is

6    subject to forfeiture.

7          5.        Accordingly, the parties agree that the deadline by which the United States shall be

8    required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment

9    alleging that the defendant currency is subject to forfeiture shall be extended to August 31, 2020.

10    Dated: 6/23/2020                           McGREGOR W. SCOTT
                                            United States Attorney

11

12                               By:      /s/ Kevin C. Khasigian
                                            KEVIN C. KHASIGIAN
                                            Assistant U.S. Attorney

13

14

15    Dated: 6/23/2020                           /s/ Jacek W. Lentz
                                            JACEK W. LENTZ

16                                             Attorney for potential claimant
                                            Robert Schwaner

17

18                                             (Signature authorized by email)

19

20

21      **IT IS SO ORDERED**.

22    DATED:  July 22, 2020.

23

24                                           CHIEF UNITED STATES DISTRICT JUDGE

25

26

27

28

                                                  Stipulation and Order to Extend Time