IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $9,900.00 IN U.S. CURRENCY,<br><br>    Defendant. | 2:20-MC-00155-KJM-CKD<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and potential claimant Robert Schwaner ("claimant"), by and through their respective counsel, as follows:

1.      On or about April 2, 2020, claimant filed a claim in the administrative forfeiture proceeding with the U.S. Postal Inspection Service with respect to the Approximately $9,900.00 in U.S. Currency (hereafter "defendant currency"), which was seized on January 27, 2020.

2.      The U.S. Postal Inspection Service has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture

proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was July 1, 2020.

4. By Stipulation and Order filed July 22, 2020, the parties stipulated to extend to August 31, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. By Stipulation and Order filed August 31, 2020, the parties stipulated to extend to October 30, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to December 29, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to December 29, 2020.

Dated: 10/28/2020                     McGREGOR W. SCOTT
                                      United States Attorney

                               By:    /s/ Kevin C. Khasigian
                                      KEVIN C. KHASIGIAN
                                      Assistant United States Attorney


Dated: 10/28/2020                     /s/ Jacek W. Lentz
                                      JACEK W. LENTZ
                                      Attorney for potential claimant
                                      Robert Schwaner

                                      (Signature authorized by email)

2

Stipulation and Order to Extend Time

1 **IT IS SO ORDERED**.

2 DATED: November 3, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

Stipulation and Order to Extend Time